UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03958-DFM | Date: | August 17, 2026 |
| Title | Elias David Sanchez Rodriguez v. Warden et al. | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER REQUIRING SUPPLEMENTATION OF THE RECORD**

Petitioner Elias David Sanchez Rodriguez filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging the constitutional adequacy of the bond hearing he received in May 2026. See Dkt. 1. Respondents filed an Answer opposing the Petition. See Dkt. 7.

Petitioner alleges that he appeared at the hearing while detained and without counsel, requested additional time to obtain documents and secure his attorney's presence, and was denied a continuance. See Dkt. 1 ¶¶ 18-20. Petitioner further alleges that the IJ then denied bond based in substantial part on the absence of sponsor and financing evidence that the requested continuance would have allowed him to present. See id. ¶¶ 21-23. Respondents contend that Petitioner received a constitutionally adequate hearing and that his challenge is unexhausted because a bond appeal remains pending before the Board of Immigration Appeals ("BIA"). See Dkt. 7 at 2-4.

The present record does not permit the Court to evaluate the exhaustion issue or, if necessary, the merits. Respondents' BIA exhibit acknowledges that an appeal was received on June 15, 2026, but does identify the challenged agency decision, the issues presented, or the current status of the filing. In addition, neither party has submitted a transcript or audio recording of the bond hearing.

Accordingly, the Court ORDERS as follows:

1. Within seven (7) days of the date of this Order, Respondents shall file a Supplemental Answer that includes the complete available BIA record concerning the bond determination, including the notice of appeal, filing receipt, briefs, motions, briefing orders,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

docket or case-status information, and any BIA order or decision. Respondents should also attach or lodge the complete available record of the May 2026 bond proceeding, including any audio recording or transcript, hearing notice, written or oral continuance request reflected in agency records, evidence submitted by DHS or Petitioner, and the IJ's custody order.

2. Within seven (7) days after Respondents file their Supplemental Answer, Petitioner may file a Supplemental Reply. He may submit declarations and documents supporting his allegations concerning the requested continuance, retained immigration counsel, interpretation, sponsor, housing, bond financing, employment, and the prejudice allegedly caused by the procedures at the hearing.

3. No further briefing shall be filed unless ordered. After the supplemental filings are complete, the Petition will stand submitted for decision.